UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHENG ZHENG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-cv-2734-CM-TJJ |
| ) | |
| ELAINE DUKE, *Acting United States Secretary* ) | |
| *of Homeland Security*, and JEFF SESSIONS, ) | |
| *Attorney General of the United States*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Federal Rule of Civil Procedure 4(m) sets a 90-day time limit for a plaintiff to serve summons and the complaint upon all defendants: "If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Plaintiff has paid the filing fee and is therefore not proceeding *in forma pauperis* in this case.  Plaintiff therefore must serve all defendants with a copy of the summons[1] and the Complaint within 90 days of the date of the filing of the Complaint. As the Complaint was filed on December 28, 2017, Plaintiff must serve defendants on or before March 28, 2018.

**IT IS THEREFORE ORDERED** that Plaintiff must serve summons and the Complaint (ECF No. 1) upon Defendants on or before **March 28, 2018**.   Failure to serve within this 90-day time frame may result in dismissal of the case without prejudice under Fed. R. Civ. P. 4(m).

---

[1] A summons form can be obtained by contacting the Clerk's Office.

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this 31st day of January, 2018.

*Teresa J. James*
Teresa J. James
U. S. Magistrate Judge